# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

BARTOLOME LINAN;

        Plaintiff(s),

vs.

UNION PACIFIC RAILROAD COMPANY, a Delaware Corporation; ABC CORPORATIONS I-X, inclusive; BLACK AND WHITE COMPANIES, and DOES I-XX, inclusive,

        Defendant(s).

Case No. 3:19-cv-00522-LRH-WGC

## SUBSTITUTION OF ATTORNEY

Union Pacific Railroad Company _____ (Defendant) hereby substitutes
(Name of Party)

Stephanie L. Quinn, Esq.; Murphy, Campbell, Alliston & Quinn
(New Attorney)

(Address): 8801 Folsom Blvd, Suite 230, Sacramento, CA 95826

(Telephone): (916) 400-2300 _____, as attorney of record in place and

stead of: Melissa A. Sandoval, Esq.; Union Pacific Railroad Company
(Present Attorney)

DATED: 9/24/2020      _/s/ Benton R. Box_
                                        (Signature of Party)

I consent to the above substitution.

DATED: 09-24-20      _/s/ Melissa Sandoval_
                                        (Signature of Present Attorney)

. . .

. . .

. . .

1  I am duly admitted to practice in this District.
2  Above substitution accepted.
3  DATED: 09-24-20

_____
(Signature of New Attorney)

Please check one: _x_ RETAINED, or ____ APPOINTED BY THE COURT

APPROVED:

DATED: September 25, 2020

_____
William G. Cobb
UNITED STATES MAGISTRATE JUDGE