Stephanie L. Quinn
Nevada Bar No. 12632
**MURPHY, CAMPBELL, ALLISTON & QUINN**
8801 Folsom Boulevard, Suite 230
Sacramento, CA 95826
Telephone: (916) 400-2300
　　　SQuinn@MurphyCampbell.com

Renee Finch
Nevada Bar No. 13118
Christina Mundy-Mamer
Nevada Bar No. 13181
**MESSNER REEVES LLP**
8945 W. Russell Road, Suite 300
Las Vegas, NV 89148
Telephone: (702) 363-5100
　　　RFinch@Messner.com
　　　CMamer@Messner.com

Attorneys for Defendant
UNION PACIFIC RAILROAD COMPANY

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BARTOLOME LINAN,<br><br>　　　　　Plaintiff<br><br>　v.<br><br>UNION PACIFIC RAILROAD COMPANY, a foreign corporation; ABC CORPORATIONS I-X, inclusive; BLACK AND WHITE COMPANIES, and DOES I-XX, inclusive,<br><br>　　　　　Defendants. | Case No. 3:19-CV-00522-LRH-WGC<br><br>**ORDER GRANTING JOINT STIPULATION AND DEMAND FOR INDEPENDENT MEDICAL EXAMINATION**<br><br>**DATE:**　　December 18, 2020<br>**TIME:**　　12:00 PM<br><br>Complaint Filed:　August 22, 2019<br>Trial Date:　　　None Set |

**TO ALL PARTIES AND THEIR ATTORNEY(S) OF RECORD HEREIN:**

　　Defendant UNION PACIFIC RAILROAD COMPANY ("UPRR") and Plaintiff BARTOLOME LINAN ("LINAN"), by and through their respective counsels, have stipulated to an Independent Medical Examination.

　　The Court being fully apprised in the premises, and good cause appearing,

　　IT IS HEREBY ORDERED THAT said Joint Stipulation and Demand for Independent Medical Examination is hereby GRANTED, and Plaintiff LINAN will present himself for a physical

examination to be performed by Dr. Michael Klein, M.D., as set forth by the terms in the Joint Stipulation.

**IT IS SO ORDERED.**

DATED: November 13, 2020

_____
UNITED STATES MAGISTRATE JUDGE

SUBMITTED BY:

_____
STEPHANIE L. QUINN
Attorneys for Defendant UNION PACIFIC RAILROAD COMPANY