UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| BARTOLOME LINAN, | Case No. 3:19-cv-00522-LRH-WGC |
| Plaintiff, | |
| v. | |
| UNION PACIFIC RAILROAD COMPANY; ABC CORPORATIONS I-X, inclusive; BLACK AND WHITE COMPANIES; and DOES I-XX, inclusive, | |
| Defendants. | |

**ORDER FOR DISMISSAL WITH PREJUDICE**

    IT IS HEREBY STIPULATED AND AGREED between the parties hereto, by and through their respective counsel of record, that the above-entitled matter be dismissed with prejudice with each party to bear their own costs and attorney fees.

/ /

/ /

/ /

/ /

/ /

/ /

/ /

/ /

-1-

**AFFIRMATION PURSUANT NRS 239B.030**

The undersigned does hereby affirm that the preceding document does not contain the social security number of any person.

| | |
|---|---|
| DATED this 7th day of July, 2021. | DATED this 7th day of July, 2021. |
| */s/ Daniel T. Hayward* | */s/ Stephanie L. Quinn* |
| DANIEL T. HAYWARD<br>Nevada State Bar No. 5986<br>BRADLEY, DRENDEL & JEANNEY<br>P.O. Box 1987<br>Reno, NV 89505<br>Tel. (775) 335-9999<br>Fax (775) 335-9993<br>danhayward@bdjlaw.com | STEPHANIE L. QUINN<br>Nevada State Bar No. 12632<br>MURPHY, CAMPBELL,<br>ALLISTON & QUINN<br>8801 Folsom Boulevard, Suite 230<br>Sacramento, CA 95826<br>Tel. (916) 400-2300<br>Fax (916) 400-2311<br>squinn@murphycampbell.com |
| JEREMY NEWELL<br>Admitted Pro Hac Vice<br>STEVENSON & MURRAY<br>24 Greenway Plaza, Suite 750<br>Houston, TX 77046<br>Telephone: (713) 622-3223<br>jnewell@stevensonmurray.com<br>Attorneys for Plaintiff<br>Bartolome Linan | RENEE FINCH<br>Nevada State Bar No. 13118<br>CHRISTINA MUNDY-MAMER<br>Nevada State Bar No. 13181<br>MESSNER REEVES, LLP<br>9845 West Russell Road, Suite 300<br>Las Vegas, NV 89148<br>Tel. (702) 363-5100<br>Fax (702) 363-5101<br>rfinch@messner.com<br>Attorneys for Defendant<br>Union Pacific Railroad Company |

## **ORDER**

Upon stipulation of the parties hereto and good cause appearing therefore,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above-entitled matter, having been resolved and is hereby dismissed with prejudice, with each party to bear his own attorney's fees and costs.

IT IS SO ORDERED.

DATED this 9th day of July, 2021.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE